```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    DONALD TAYLOR
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>CHARLES BARKSDALE,<br>    aka Sho, and<br>DONALD TAYLOR<br>    aka Wooch,<br>    aka Woochie,<br><br>           Defendants. | No. 2:08-CR-263 FCD<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  October 20, 2008<br>Time:  10:00 a.m.<br>Judge: Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for October 20, 2008 may be continued to November 10, 2008 at 10:00 a.m.

This continuance is being requested as the parties continue attempting to narrow the issues to be resolved by the court.

The parties therefore agree that time under the Speedy Trial Act should be excluded from the date of this order through November 10, 2008,

///

///

1  pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and
2  (B)(iv)(Local Code T4).

3                                       Respectfully Submitted,

4                                       DANIEL J. BRODERICK
                                        Federal Defender
5

6  Dated:  October 16, 2008             /s/ T. Zindel
                                        TIMOTHY ZINDEL
7                                       Assistant Federal Defender
                                        Attorney for DONALD TAYLOR
8

9
                                        McGREGOR W. SCOTT
10                                      United States Attorney

11
   Dated:  October 16, 2008             /s/ T. Zindel for
12                                      MATTHEW D. SEGAL
                                        Assistant U.S. Attorney
13

14
   Dated:  October 16, 2008             /s/ T. Zindel for
15                                      PAT HANLY
                                        Attorney for CHARLES BARKSDALE
16

17
                                **O R D E R**
18
        The status conference is continued to November 10, 2008 at 10:00
19
   a.m. The court finds that a continuance is necessary for the reasons
20
   stated above and further finds that the ends of justice served by
21
   granting a continuance outweigh the best interests of the public and the
22
   defendant in a speedy trial. Time is therefore excluded from the date of
23
   this order through November 10, 2008, pursuant to 18 U.S.C. §
24
   3161(h)(8)(A) and (B)(iv).
25
        IT IS SO ORDERED.
26
   Dated:  October 17, 2008
27
                                        _____
28                                      FRANK C. DAMRELL, JR.
                                        United States District Judge

Stip & Order                    -2-