DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>CHARLES BARKSDALE and<br>DONALD TAYLOR,<br><br>              Defendants. | No. 2:08-CR-0263 FCD<br><br>**MOTION TO MODIFY A CONDITION OF RELEASE AS TO DEFENDANT TAYLOR; ORDER (proposed)**<br><br>Date:  September 29, 2008<br>Time:  2:00 p.m.<br>Judge: Hon. Gregory G. Hollows |

**Motion.** Donald Taylor moves the Court to modify his conditions of pretrial release to eliminate condition 14 of the conditions ordered on May 29, 2008. (Condition 14 placed Mr. Taylor under home confinement with electronic monitoring.) Mr. Taylor's Pretrial Services Officer, Becky Fidelman, has advised defense counsel that she concurs in Mr. Taylor's request.

**Applicable Law.** Section 3145, subd. (a), of Title 18 authorizes a person who has been "ordered released by a magistrate judge" to file "a

motion for amendment of the conditions of release." The task of crafting release conditions is guided by the well-known principles of the Bail Reform Act that conditions should "reasonably assure the appearance of the person as required and the safety of any other person and the community" but shall be the "least restrictive" conditions in order to protect the liberty of the accused. See 18 U.S.C. § 3142(c)(1)(B).

**Factual and Procedural Background.** Mr. Taylor, charged with bank fraud, first appeared before the Court on May 16, 2008. At a release hearing on May 29, Pretrial Services recommended that the Court release him on an unsecured bond with third-party custody. The Court ordered Mr. Taylor's release but ordered that the bond be secured by the third-party custodian's residence. Although Pretrial Services did not recommend home confinement, the Court also ordered Mr. Taylor to comply with conditions of home confinement, including electronic monitoring. (Docket Item 9.) At his arraignment on June 20, 2008, Magistrate Judge Mueller modified the order to permit release on an unsecured bond because Mr. Taylor's third-party custodian has no equity in her residence.

Mr. Taylor was released on June 20, 2008. Since that time he has complied with all conditions of release. He sought employment immediately upon release. He attends weekly classes at the Career Center through Pretrial Services. With permission from Pretrial Services, he traveled to Las Vegas to resolve an old warrant. He has made all scheduled appearances without incident. He reports to Pretrial Services nearly every day (and to defense counsel with comparable regularity).

On August 1, 2008, Mr. Taylor landed a job at Phyle Inventory Control Specialists (PICS), a company engaged in the inventorying of retail stores. His job requires him to work irregular evening and graveyard shifts because inventories are typically done after stores

close. His schedule changes frequently. Because of the home confinement condition, however, he must obtain advance approval for every absence.

Pretrial Services has advised defense counsel that it has no ongoing concern that Mr. Taylor poses a risk of flight. Pretrial Services therefore concurs in his request that the home confinement condition be dropped. Eliminating the condition will also eliminate the need to obtain advance approval of his work schedule.

For these reasons, Mr. Taylor respectfully asks that the Court eliminate condition 14 from the conditions of release. All other conditions shall remain in force.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: September 25, 2008         /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for DONALD TAYLOR

O R D E R

Defendant's motion to modify conditions of release is granted and condition number 14 placing defendant on home confinement with electronic monitoring is hereby eliminated. All other conditions remain in force.

IT IS SO ORDERED

Dated: September 24, 2008

GREGORY G. HOLLOWS
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

Mot. of D. Taylor to modify release      -3-