1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DONALD TAYLOR

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. 2:08-CR-263 FCD
                                    )
12              Plaintiff,          )
                                    )  **STIPULATION AND ORDER**
13      v.                          )  **CONTINUING STATUS CONFERENCE**
                                    )  **AND EXCLUDING TIME**
14 CHARLES BARKSDALE,               )
   DONALD TAYLOR, et al.,           )
15                                  )  Date:  November 10, 2008
                Defendants.         )  Time:  10:00 a.m.
16                                  )  Judge: Frank C. Damrell, Jr.
   _____ )

17

18     IT IS HEREBY STIPULATED AND AGREED between the parties, through

19 undersigned counsel, that the status conference scheduled for November

20 10, 2008, may be continued to November 24, 2008 at 10:00 a.m.

21     The government recently obtained a superseding indictment adding

22 additional defendants.  Defendants Barksdale and Taylor and government

23 counsel continue to discuss resolving the case without trial but a number

24 of issues remain unresolved; additional discovery may be necessary in

25 light of the new indictment.  So that these matters may be resolved, and

26 in light of the indictment adding new defendants, some of whom have yet

27 to be arraigned, the parties agree that time under the Speedy Trial Act

28 should be excluded from the date of this order through November 24, 2008,

1  pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and

2  (B)(iv)(Local Code T4).

3                               Respectfully Submitted,

4                               DANIEL J. BRODERICK
                             Federal Defender

6  Dated:  November 6, 2008  /s/ T. Zindel
                             TIMOTHY ZINDEL

7                               Assistant Federal Defender
                             Attorney for DONALD TAYLOR

9  Dated:  November 6, 2008  /s/ T. Zindel for P. Hanly
                             PATRICK HANLY

10                               Attorney for CHARLES BARKSDALE

12  Dated:  November 6, 2008  /s/ T. Zindel for W. Portanova
                             WILLIAM PORTANOVA

13                               Attorney for BESSIE OAKLEY

14                               McGREGOR W. SCOTT
                             United States Attorney

16  Dated:  November 6, 2008  /s/ T. Zindel for
                             MATTHEW D. SEGAL

17                               Assistant U.S. Attorney

## O R D E R

20  The status conference is continued to November 24, 2008 at 10:00

21  a.m.  The court further finds that the ends of justice served by granting

22  a continuance outweigh the best interests of the public and the defendant

23  in a speedy trial.  Time is therefore excluded from the date of this

24  order through November 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A)

25  and (B)(iv).

26      IT IS SO ORDERED.

27  Dated:  November 6, 2008

                             FRANK C. DAMRELL, JR.
                             UNITED STATES DISTRICT JUDGE