DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-CR-263 FCD |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| CHARLES BARKSDALE, ) | |
| DONALD TAYLOR, et al., ) | |
| ) | Date: November 24, 2008 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Judge: Frank C. Damrell, Jr. |
| _____ ) | |

IT IS HEREBY STIPULATED AND AGREED between the parties, through undersigned counsel, that the status conference scheduled for November 24, 2008, may be continued to December 15, 2008 at 10:00 a.m.

The government recently obtained a superseding indictment adding additional defendants. Defendants Barksdale and Taylor and government counsel continue to discuss resolving the case without trial but a number of issues remain unresolved; additional discovery may be necessary in light of the new indictment. Two of the new defendants were recently arrested in Arizona and are expected to be brought to California within

the next few weeks. So that these matters may be resolved, and in light of the indictment adding new defendants, some of whom have yet to be arraigned, the parties agree that time under the Speedy Trial Act should be excluded from the date of this order through December 15, 2008, pursuant to Title 18, United States Code, Section 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                              Respectfully Submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

Dated: November 20, 2008   /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for DONALD TAYLOR

Dated: November 20, 2008   /s/ T. Zindel for P. Hanly
                              PATRICK HANLY
                              Attorney for CHARLES BARKSDALE

                              McGREGOR W. SCOTT
                              United States Attorney

Dated: November 20, 2008   /s/ T. Zindel for
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney

### **O R D E R**

The status conference is continued to December 15, 2008 at 10:00 a.m. The court further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 15, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 20, 2008

                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE