UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Michele Krueger, Courtroom Clerk
of the Honorable Frank C. Damrell, Jr.

**FROM:** Thomas H. Brown
Senior United States Probation Officer



**DATE:** April 27, 2009

**SUBJECT:** **Charles BARKSDALE**
**Docket Number:   2:08CR00263-01**
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on June 1, 2009. Based on the unavailability of the probation officer due to a family emergency, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | 07/13/2009 at 10 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 06/22/2009 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 06/08/2009 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 06/01/2009 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 05/18/2009 |

**Reviewed by:** _____
**Karen A. Meusling**
**Supervising United States Probation Officer**

THB:thb
cc:   Matthew D. Segal, Assistant United States Attorney
      Patrick Hanly, Defense Counsel