1 LAWRENCE G. BROWN
United States Attorney
2 MATTHEW D. SEGAL
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2:08-CR-263 FCD |
|---|---|
| Plaintiff, | ) |
| | ) ~~[redacted]~~ ORDER TO FILE |
| v. | ) UNDER SEAL |
| | ) |
| CHARLES BARKSDALE, | ) |
| a/k/a "Sho" | ) |
| Defendant. | ) |

This Order and the United States' application for this Order are ordered filed in the public record. The Clerk shall file the attachments, labeled "Barksdale Sealed Sentencing Exhibits," Pages 1-228, under seal.

Counsel for the Defendant shall maintain the attachments in his own or his agents' custody, and shall not make copies.

DATE: August 7, 2009

HON. FRANK C. DAMRELL
U.S. District Judge