PATRICK K. HANLY (SBN 128521)
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 773-8303

Attorney for Defendant
Charles Barksdale

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>CHARLES BARKSDALE,<br><br>            Defendant. | Case No.   CR. S-08-263 FCD<br><br>**REQUEST TO BE RELIEVED AS COUNSEL;  ORDER**<br>Date:     August 17, 2009<br>Time:    10:00 a.m.<br><br>Hon.  FRANK C. DAMRELL, JR. |

   The undersigned respectfully requests to be relieved as counsel of record in the above matter. The defendant has been sentenced and the undersigned is not representing the defendant on any post sentencing issues including, but not limited to, the filing of a Notice of Appeal.

                                                                                Respectfully submitted,

Dated: August 17, 2009                           /s/  Patrick K. Hanly
                                                                                Attorney For Defendant
                                                                                Charles Barksdale

   **IT IS SO ORDERED:**

Dated August 18, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE